IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                       No. CIV S-09-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.                  ORDER TO SHOW CAUSE

_____/

        Petitioner, currently a federal prisoner, is proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a judgement of conviction entered against him in 2004 in the San Joaquin County Superior Court. On November 3, 2010, respondent filed a motion to dismiss the petition as untimely under the applicable one-year statute of limitations. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause in writing, within twenty-one days, why respondent's November 3, 2010 motion to dismiss should

/////

1 not be granted. Petitioner's failure to respond to this order will result in the imposition of
2 sanctions, including the possible dismissal of this habeas action.
3 DATED: December 13, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mend1710.osc