1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ARQUIMEDES MENDOZA,                    No. 2:09-cv-01710-MCE-DAD P
12              Petitioner,
13        vs.                               ORDER
14   MATTHEW CATE,
15              Respondent.
16   _____/

17        Petitioner, a federal prisoner proceeding pro se, has filed this application for a writ of
18   habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States
19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20        On August 26, 2011, the magistrate judge filed findings and recommendations herein
21   which were served on all parties and which contained notice to all parties that any objections to
22   the findings and recommendations were to be filed within fourteen days. Respondent has filed
23   objections to the findings and recommendations.
24   ///
25   ///
26   ///

                                            1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 26, 2011, are adopted in full;

2.  Respondent's November 3, 2010 motion to dismiss the petition as untimely (Doc. No. 13) is denied; and

3.  Respondent is ordered to file an answer to the petition for a writ of habeas corpus within thirty days.

Dated:  September 30, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE