IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                   No. CIV S-09-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has raised a claim of ineffective assistance of trial counsel both before this court and in state court. In this court, petitioner has requested issuance of the writ or any other relief to which he may be entitled. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed and is directed to locate appropriate counsel from the habeas panel to accept the appointment on behalf of petitioner.

/////

2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for September 14, 2012, at 10:00 a.m. in Courtroom #27.

5. All parties shall appear at the status conference by counsel and shall be prepared to discuss the scheduling of further briefing and/or an evidentiary hearing, if appropriate.

DATED: July 31, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
mendoza1710.atty