IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                    No. CIV S-09-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.                  ORDER

_____/

       A status conference was held in this matter at 10:00 a.m. on September 14, 2012, in the courtroom of the undersigned. Michael Bigelow appeared for petitioner. Justain Riley appeared for respondent. After discussion with counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

       1. On or before October 15, 2012, petitioner may file a motion to expand the record or any other motion he deems appropriate in order to proceed with this action;

       2. Respondent shall file an opposition to petitioner's motion on or before November 15, 2012.

       3. Petitioner may file a reply to respondent's opposition on or before December 3, 2012.

/////

1

    4. A hearing on petitioner's motion filed pursuant to this order shall he held on December 7, 2012 at 10:00 a.m. in courtroom #27.

DATED: September 14, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
mendoza1710.oah