IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                    No. 2:09-cv-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.                  ORDER

_____/

        On September 17, 2012, after a status conference held on September 14, 2012, this court issued an order setting a briefing schedule with regard to petitioner's request for expansion of the record. On October 17, 2012, petitioner filed a request for modification of the briefing schedule. Good cause appearing, that request will be granted.

        Accordingly, IT IS ORDERED that:

        1. On or before November 15, 2012, petitioner may file a motion to expand the record or any other motion he deems appropriate in order to proceed with this action;

        2. Respondent shall file an opposition to petitioner's motion on or before December 15, 2012.

        3. Petitioner may file a reply to respondent's opposition on or before January 3, 2013.

1

4. A hearing on petitioner's motion filed pursuant to this order shall be held on January 11, 2013, at 10:00 a.m. in courtroom #27.

DATED: October 17, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
mendoza1710.oah(2)