IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                    No. 2:09-cv-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 17, 2012, petitioner filed a request to modify the briefing schedule set forth in this court's November 19, 2012 order. Good cause appearing, that request will be granted.

        Accordingly, IT IS ORDERED that:

        1. On or before January 21, 2013, petitioner may file a motion to expand the record or any other motion he deems appropriate in order to proceed with this habeas action;

        2. Respondent shall file an opposition to petitioner's motion, if any, on or before February 21, 2013;

        3. Petitioner may file a reply to respondent's opposition on or before February 28, 2013.

1

4. The hearing currently scheduled for February 8, 2013 is vacated.

5. A hearing on petitioner's motion filed pursuant to this order shall be held on March 15, 2013 at 10:00 a.m. in courtroom #27.

DATED: December 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
mendoza1710.vac(2)