IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARQUIMEDES MENDOZA,

    Petitioner,                    No. 2:09-cv-1710 MCE DAD P

    vs.

MATTHEW CATE,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 22, 2013, petitioner filed a request to modify the briefing schedule set forth in this court's order dated December 18, 2012. This is petitioner's third request for a modification of the briefing schedule. Good cause appearing, that request will be granted. However, no further modifications of the briefing schedule or extensions of time to comply therewith will be granted to petitioner absent a showing of extraordinary cause.

        Accordingly, IT IS ORDERED that:

        1. On or before March 1, 2013, petitioner may file a motion to expand the record or any other motion he deems appropriate in order to proceed with this action;

        2. Respondent shall file an opposition to petitioner's motion, if any, on or before April 1, 2013;

1

3. Petitioner may file a reply to respondent's opposition on or before April 15, 2013.

4. The hearing currently scheduled for March 15, 2013 is vacated.

5. A hearing on petitioner's motion filed pursuant to this order shall be held on May 3, 2013 at 10:00 a.m. in courtroom #27.

DATED: January 28, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
mendoza1710.vac(3)

2