**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Arquimedes Mendoza

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA, | ) No. CIV 09-01710 MCE DAD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION FOR PROTECTIVE |
| v. | ) ORDER   AND ORDER |
| | ) |
| MATHEW CATE, | ) |
| | ) |
| Defendant. | ) |

The parties in this matter, Respondent Mathew Cade, through counsel Kevin Quade, and Petitioner, Arquimedes Mendoza, through appointed counsel Michael B. Bigelow stipulate and agree that petitioner's trial file, or any information contained therein, including but not limited to conversations or communications, shall not be used against movant in any manner during any future proceeding, including any possible retrial. In addition, respondent shall treat the conversations or communications and the information contained therein as confidential and shall not disseminate them or disclose their contents other than in the course of the litigation in the habeas corpus proceedings.

-1-

It is further agreed that petitioner shall treat the district attorney's file in a confidential manner and shall not disseminate it or disclose its contents other than in the course of the litigation in this habeas corpus proceeding.

**IT IS SO STIPULATED**

Dated:  April 1, 2014          /s/Michael B. Bigelow
                               MICAHEL B. BIGELOW
                               Attorney for Petitioner


Dated:  April 1, 2014          /s/Kevin Quade
                               KEVIN QUADE
                               Attorney for Respondent

**ORDER**

**IT IS SO ORDERED**

Dated:  April 1, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.habeas
Mendoza1710.stip