**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Arquimedes Mendoza

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA,<br><br>   Plaintiff,<br><br> v.<br><br>MATHEW CATE,<br><br>   Defendant. | No. CIV 09-01710 MCE DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE EVIDENTIARY HEARING AND RESET MATTER FOR STATUS CONFERENCE |

  An evidentiary hearing in this matter is presently scheduled for August 17, 2015. The parties have met and conferred and have agreed to vacate that date and have also agreed to schedule a status conference on October 30, 2015. The parties jointly request this Court grant their request. Should the Court wish another date, the parties shall of course accommodate the Court's schedule.

  This request is necessitated by the fact undersigned is scheduled for certain medical tests on the date currently scheduled hearing and, thus, the evidentiary hearing should be rescheduled thereafter.

-1-

Accordingly, it is respectfully requested by both parties that the evidentiary hearing date be vacated and that a status conference should be reset for October 30, 2015, or a date more convenient to the Court.

Dated: August 12, 2015          Respectfully submitted,

                                         /s/ Michael B. Bigelow
                                         MICHAEL BIGELOW
                                         Attorney for Petitioner

**IT IS SO STIPULATED**

/S/Michael B. Bigelow                                Dated: August 12, 2015
MICHAEL B. BIGELOW
Attorney for Petition


/s/ Kevin Quade                                      Dated: August 12, 2015
KEVIN QUADE
Attorney for Respondent


**ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the August 17, 2015 evidentiary hearing in the above-captioned matter is vacated and a status conference will be held on October 30, 2015, at 10:00 a.m. in the courtroom of the undersigned.

Dated:  August 12, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.habeas
mendoza1710.stip(2)

-3-