UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA,<br><br>        Petitioner,<br><br>   v.<br><br>MATTHEW CATE,<br><br>        Respondent. | No. 2:09-cv-1710 MCE AC P (TEMP)<br><br><br>ORDER |

Petitioner is former state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. An evidentiary hearing is scheduled in this matter for July 25, 2016. The discovery deadline is May 2, 2016.

On April 28, 2016, the parties filed a joint request to modify the discovery deadline to June 7, 2016, and to take the deposition of trial judge James Hammerston. Good cause appearing, both of these requests will be granted.

Accordingly, IT IS ORDERED that:

1. The discovery deadline is continued to June 7, 2016; and

2. The parties' request to take the deposition of the Honorable James Hammerston is granted.

DATED: May 4, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE