**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Arquimedes Mendoza

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA, | ) No. CIV 09-01710 MCE AC |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| MATHEW CATE, | ) |
| Defendant. | ) |

Good cause appearing, this Court authorizes issuance of a subpoena commanding Hon. James Hammerstone to attend a deposition in this matter. This Court further authorizes the United States Marshal for the Eastern District of California to

(1) serve the attached subpoena on the Hon. James Hammestone 2322 Broadridge Way, Stockton, CA.

(2) pay any authorized witness fees Judge Hammerstone may incur and apply for in connection with the deposition; and

-4-

1  (3) pay the fees of DepoBook Recorder, 7540 Shoreline Dr.
2  Stockton CA 95219 for recording and transcribing the June 13,
3  2016, deposition of Judge Hammerstone.
4
5
6  IT IS SO ORDERED.
7
8  DATED: ~~MAY~~ June 2, 2016.
9
10 _____
   UNITED STATES MAGISTRATE JUDGE
11
12
13
...
28

-5-