IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARQUIMEDES MENDOZA,**<br><br>                              Petitioner,<br><br>         v.<br><br>**MATTHEW CATE,**<br><br>                              Respondents. | Case No. 2:09-cv-01710-MCE-DB<br><br>**ORDER** |

Pursuant to the parties contemporaneously filed stipulation and this Court's authority under Habeas Rule 8, the evidentiary hearing in the instant matter is continued to February 27-28, 2017 at 9:00 a.m. in Courtroom 27.

DATED: September 6, 2016          /S/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

DB:mendoza1710.hrg
du:DB1; prisoner-habeas

[Proposed] Order (2:09-cv-01710-MCE-DB)