UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA, | No. 2:09-cv-1710 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| MATTHEW CATE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 14, 2017, the undersigned issued findings and recommendations to grant the petition. (ECF No. 116.) Both parties have now filed requests for extension of time to file their response to the findings and recommendations.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's November 27, 2017, motion for extension of time (ECF No. 117) is GRANTED. Respondent's December 11, 2017, objections (ECF No. 118) are deemed timely filed; and

////

////

////

1

2. Petitioner's December 17, 2017, motion for extension of time (ECF No. 120) is GRANTED. Petitioner's reply to Respondent's objections is due on or before January 29, 2018.

Dated: December 27, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/mendoza1710.eot