UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARQUIMEDES MENDOZA,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent. | No. 2:09-cv-01710 MCE-DB P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 11, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations. (ECF No. 129.) Respondent has filed a reply to the objections. (ECF No. 130.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 11, 2021 (ECF No. 128) are ADOPTED in full;

2. The petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. To the extent petitioner's objections request reconsideration of the court's August 11, 2020 order (ECF No. 126), the request for reconsideration is DENIED;

4. The court grants a certificate of appealability as referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated:  June 9, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE